IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN LIFE INSURANCE COMPANY,** | : | CIVIL ACTION NO. 1:07-CV-0861 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JAMIE L. ZINK, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of December, 2007, upon consideration of the report of the magistrate judge (Doc. 24), to which no objections were filed, and, following an independent review of the record, it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 24) is ADOPTED.

2. The motion for default judgment (Doc. 17) against defendants Charles B. Zink and Janet M. Zink is GRANTED.

3. Plaintiff shall pay $128,153.00 plus 3% simple interest accrued from March 29, 2005 to Jamie L. Zink and Goldberg Katzman as her attorneys.

4. Upon such payment:

    a. Plaintiff shall have no further liability to any party named in the instant action.

    b. Plaintiff shall be otherwise discharged of an from absolutely any and all liability arising out of Policy Number 6163372 and on account of the death of Scott Zink.

    c. Defendants Jamie L. Zink, Charles B. Zink, and Janet M. Zink shall be permanently enjoined from instituting or prosecuting any proceedings against plaintiff in any state or federal court or administrative tribunal in any way related to Policy Number 6163372 or the subject proceeds.

5.	The Clerk of Court is directed to CLOSE this case.


					S/ Christopher C. Conner
					CHRISTOPHER C. CONNER
					United States District Judge